

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP/NCG
F. #2020R00785

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 20, 2024

By ECF

The Honorable Eric. N. Vitaliano
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Hashimi, et al.
      Criminal Docket No. 22-553 (ENV)

Dear Judge Vitaliano:

  The government hereby notifies the Court of its filing today, via the Classified Information Security Officer, of its memorandum in support of its classified ex parte, in camera motion for a protective order pursuant to Section 4 of the Classified Information Procedures Act and Rule 16(d)(1) of the Federal Rules of Criminal Procedure. Attached to this letter is a "half sheet" confirming the government's filing and a proposed order.

              Respectfully submitted,

              BREON PEACE
              United States Attorney

        By:   /s/
            Douglas M. Pravda
            Nina C. Gupta
            Assistant U.S. Attorneys
            (718) 254-6268/6257

cc: Clerk of Court (ENV) (by ECF)
   Defense Counsel (by ECF)