DMP:NCG
F.#2020R00785

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

v.

MOHAMMAD DAVID HASHIMI,
ABDULLAH AT TAQI,
SEEMA RAHMAN,
KHALILULLAH YOUSUF

               Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - -X

Filed with Classified
Information Security Officer

CISO

Date _____3/20/24_____

**FILED EX PARTE,
IN CAMERA, AND UNDER SEAL**

22-CR-553 (ENV)

**GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS CLASSIFIED
EX PARTE, IN CAMERA MOTION FOR A PROTECTIVE ORDER PURSUANT TO
SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**

BREON PEACE
United States Attorney
Eastern District of New York

Douglas M. Pravda
Nina C. Gupta
Assistant United States Attorneys
Eastern District of New York

Alicia Cook
Trial Attorney
National Security Division
U.S. Department of Justice