ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

May 2, 2025

HON. ERIC N. VITALIANO
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *United States v. Seema Rahman, et al.* – 22-cr-553 (ENV)
              Motion to Modify Pretrial Conditions of Release for
              Defendant Seema Rahman

Your Honor:

I represent the defendant, Seema Rahman, in the above-cited matter.

We are respectfully requesting a modification of Ms. Rahman's pretrial release conditions to allow her to participate in continued educational courses. A summary of the conditions in the proposed order on page 2 would allow the defendant to:

(1) use the internet to communicate with Pretrial Services,
(2) complete educational courses approved by Pretrial Service during the scheduled dates of the courses, either in-person or through the use of the internet,
(3) attend in-person college courses subject to providing the defendant's class schedules to Pretrial Services,
(4) participating in Pretrial Services' Computer Restriction and Monitoring Program, along with its conditions,
(5) the installation of computer monitoring software as deemed appropriate by Pretrial Services, at the defendant's own expense and cost, and
(6) using only one internet capable device (i.e. a personal computer), and not acquiring any new internet capable devices for any reason or purpose.

    The government does not oppose the modification of the defendant's pretrial conditions of release, and Pretrial Services approves these modifications.

    The language of the **proposed order** is:

ROSENBERG LAW FIRM
137 Court Street, Fl. 2
Brooklyn, NY 11201
Tel: (718) 715-4845
office@rosenbergpllc.com

The defendant is ordered to participate in Pretrial Services' Computer Restriction and Monitoring Program, which may include inspection of any computers, devices with Internet access, modems, and Wi-Fi routers, and install computer monitoring software, as deemed appropriate.
The defendant must abide by all the rules and regulations of the Computer Restriction and Monitoring Program.

The defendant is only permitted one internet capable device and shall not acquire or use any new internet capable devices for any purpose. The defendant must pay all the costs of the monitoring software.

The defendant may not use a computer and/or access the internet through any means, except for the following: computer use, and internet access is permitted only to communicate with Pretrial Services and complete educational courses approved by Pretrial Services only through the scheduled end date of the program.

The defendant is permitted to attend in-person college courses, upon providing her class schedules to Pretrial Services.

That sums up the language of the order requested.

Respectfully submitted,

/s/ *[signature]*

Jonathan Rosenberg
137 Court Street, Fl. 2
Brooklyn, N.Y. 11201
(718) 715-4845
*Attorneys for Young Freeman Perry*

cc:    *All Parties via ECF*

***